```
                                                         FILED
                                                 CLERK, U.S. DISTRICT COURT

                                                      Feb 9, 2015

                                                 CENTRAL DISTRICT OF CALIFORNIA
                                                 BY: ___PMC___ DEPUTY
```

1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  Trevor W. Barrett (SBN 287174)
4  tbarrett@donigerlawfirm.com
   DONIGER / BURROUGHS APC
5  603 Rose Avenue
6  Venice, California 90291
   Telephone: (310) 590-1820
7  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVELTY TEXTILE, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RUE 21, INC., a Pennsylvania Corporation, *et al.*<br><br>Defendants. | Case No.: CV14-1763 SVW (JEM)<br>*Honorable Stephen V. Wilson Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS CERTAIN PARTIES PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>NOTE CHANGES MADE BY COURT |

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS

1  [~~PROPOSED~~] ORDER:

Having reviewed the stipulation to dismiss certain parties from this action without prejudice, and finding good cause thereon,

IS HEREBY ORDERED that:

1. The following parties are dismissed from the action without prejudice:
    a. ENTRY, INC.;
    b. FASHION Q CLOTHING;
    c. IMAGE CLOTHING CORP.;
    d. NEXXEN APPAREL, INC.;
    e. PRONTO, LLC; and
    f. WINDSOR FASHIONS, INC.;
2. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter; and
3. The parties will each bear their own costs and fees as incurred against one another.

SO ORDERED.

Date: ___February 3___, 2014          By: _____
                                          Hon. Stephen V. Wilson
                                          U.S. District Court Judge

- 2 -